FILED

SEP 18 2000

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA          )               S4
                                  )
            Plaintiff             )    Case # CR 90-0025-JSL
                                  )
                                  )
                                  )
            -v-                   )    ORDER REINSTATING SUPERVISED
                                  )    RELEASE
GARY DEAN MCGINNIS                )
                                  )
            Defendant             )
                                  )

On this 15TH day of Sept.2000, the attorneys for the government, Doug Fuchs appearing, and the defendant appearing in person with counsel, Ed Robinson, appointed and the defendant having admitted he violated the terms and conditions of supervised release as set forth in the supervised release Order of Nov.29, 1990,and the Court having accepted the defendants admissions to allegations

THE COURT FINDS that the defendant has violated the terms and conditions of the Supervised release order of Nov. 29, 1990 and

IT IS ORDERED that the supervised release order of Nov 29, 1990 is reinstated for an additional one (1) year under the terms and conditions as previously imposed, with the additional condition that the defendant be placed on home detention for a period of three (3) months which shall include electronic monitoring.

DATED: SEP 1 8 2000
Clerk, US District Court

By Nancy J. Webb
    Nancy J. Webb, Deputy Clerk

J. SPENCER LETTS
United States District Judge

OCT-30-2000
OCT 3
OCT 3 2000